**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 463 EAL 2018
:
             Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
          v.   :
:
:
WILLIAM J. BROOKS,   :
:
             Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.